IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW J. AMEREIN | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-8672 |
| | : | |
| JO ANNE B. BARNHART | : | |

## ORDER

AND NOW, this 25th day of May, 2005, upon consideration of the Report and Recommendation (Doc. No. 13) filed by Magistrate Judge Linda K. Caracappa, and no objections having been filed thereto, it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Motion for Summary Judgement is DENIED.

3. The Defendant's Motion for Summary Judgement is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

S:/R. Barclay Surrick, Judge